# YAHOO! MAIL

Print - Close Window

**Date:** Wed, 18 Apr 2007 11:34:39 -0400
**From:** ecf_bounces@nyed.uscourts.gov
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:06-cv-02895-SJF-ETB McKenna v. The Incorporated Village of Northport et al Status Conference

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/18/2007 at 11:34 AM EDT and filed on 4/18/2007
**Case Name:** McKenna v. The Incorporated Village of Northport et al
**Case Number:** 2:06-cv-2895
**Filer:**
**Document Number:** 14

**Docket Text:**
Minute Entry for proceedings held before E. Thomas Boyle : Status Conference by phone held on 4/18/2007: Leave is granted to plaintiff to file a formal motion seeking (1) to amend the complaint to add Sgt Ricca as a party defendant and (2) to compel the production of records, including disciplinary records, from the personnel records maintained by the Village P.D. The schedule is as follows: Plaintiff's motion and supporting affirmation/affidavit and memorandum of law 4/25/07; defendants' opposition and supporting affidavit/affirmation and memorandum of law 5/9/07; reply, if any, 5/15/07. (So ordered by Mag. Judge Boyle on 4/18/07). (Lundy, Lisa)


**2:06-cv-2895 Notice has been electronically mailed to:**
Sheldon G Karasik  sklawfirm@yahoo.com
Jeltje DeJong  J.deJong@devittspellmanlaw.com

**2:06-cv-2895 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/18/2007] [FileNumber=2917084-0]
[231d122dc1d39589650943e7bfba8c14abba3c365da484a3c80307d36c7eb8314f87e
dbd4d32bdc2e5fb8e56ecb8938f6073c8a82a48466b1ec1dbb069f81347]]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

BEFORE: E. THOMAS BOYLE, U.S.M.J.        DATE: APRIL 18, 2007
                                          TIME: 10:00 A.M.

                                          ASSIGNED JUDGE: FEUERSTEIN

DOCKET NO.: CV-06-2895   CASE MCKENNA V. INC. VILLAGE OF NORTHPPORT

                  CIVIL CONFERENCE-TELEPHONE   S/C

APPEARANCES:   Plaintiff                        Defendant

               Sheldon Karasik                  Thomas Spellman

THE FOLLOWING RULINGS WERE MADE:

Leave is granted to plaintiff to file a formal motion seeking (1) to amend the complaint to add Sgt. Ricca as a party defendant, and (2) to compel the production of records, including disciplinary records, from the personnel records maintained by the Village P.D. The schedule is as follows: Plaintiff's motion and supporting affirmation/affidavit and memorandum of law 4/25/07; defendant's oppos.tion and supporting affidavit/affirmation and memorandum of law 5/8/07; Reply, if any, 5/15/07.

So ordered

/s/ E. Thomas Boyle, U.S.M.J.