UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEVIN P. McKENNA,

                        **Plaintiff,**

                -against-

CHRISTOPHER J. HUGHES, ALAN M.
BAKKER and WILLIAM RICCA,

                        **Defendant.**

------------------------------------------------------------X

06CV2895 (SJF) (ETB)

**JURY VERDICT**

**Feuerstein, Judge:**

According to the principles of law as instructed by the Court and the facts as you find them, please answer each of the following questions:

1a. Did plaintiff prove by a preponderance of the evidence that defendant CHRISTOPHER J. HUGHES intentionally or recklessly committed acts that violated the plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

                                    Yes _____    No _____

If your answer is "No," proceed to Question 2a. If your answer is "Yes," proceed to Question No. 1b.

1b. Was the use of excessive force by CHRISTOPHER J. HUGHES objectively reasonable?

                                    Yes _____    No _____

COURT EXHIBIT
06 CV 2895
④ 12-10-07

Proceed to Question No. 2a.

2a    Did plaintiff prove by a preponderance of the evidence that defendant ALAN M. BAKKER intentionally or recklessly committed acts that violated the plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

    Yes _____    No ✓

If your answer is "No," proceed to Question 3a. If your answer is "Yes," proceed to Question No. 2b.

2b.    Was the use of excessive force by ALAN M. BAKKER objectively reasonable?

    Yes _____    No _____

Proceed to Question No. 3a.

3a.    Did plaintiff prove by a preponderance of the evidence that defendant WILLIAM RICCA intentionally or recklessly committed acts that violated the plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

    Yes _____    No ✓

If your answer is "No," report to the Court. If your answer is "Yes," proceed to Question No. 3b.

3b.    Was the use of excessive force by WILLIAM RICCA objectively reasonable?

Yes _____    No _____

Please report to the Court.

Foreperson please sign and date the Verdict Sheet and advise the Court by note that you are ready to return to the courtroom to announce your verdict.

Dated: Central Islip, NY
      December     , 2007

_____
FOREPERSON